PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**



FILED
SEP 24 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 1:03CR05192-002 |
| ) | |
| JAMES FLOYD CANNON ) | |

On June 14, 2004, the above-named was placed on Supervised Release for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Frank Esquivel

**FRANK ESQUIVEL**
Senior United States Probation Officer

Dated:   September 18, 2007
         Bakersfield, California
         FE:dk

**REVIEWED BY:**   /s/ Rick C. Louviere
_____

**RICK C. LOUVIERE**
**Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION - ORDER (PROB35).MRG

**Re:   James Floyd CANNON**
      **Docket Number:   1:03CR05192-002**
      **ORDER TERMINATING SUPERVISED RELEASE**
      <u>**PRIOR TO EXPIRATION DATE**</u>

### ORDER OF COURT

It is ordered that the releasee be discharged from supervised release, and that the proceedings in the case be terminated.

9-21-07

**Date**

**Honorable Oliver W. Wanger**
**Senior United States District Judge**

FE:dk
Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office